Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of plastic artificial teeth the same in all material respects as those the subject of *Maher-App & Company* v. *United States* (44 C. C. P. A. 22, C. A. D. 630), the claim of the plaintiff was sustained.

No. 62039.—Bloomingdale Bros. (a Div. of Fed. Dept. Stores, Inc.) v. United States, protest 212819–K (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the articles herein are similar in all material respects to the mustard pots the subject of *Julliard Fancy Foods Co.* v. *United States* (33 Cust. Ct. 1, C. D. 1625), the claim of the plaintiff was sustained.

No. 62040.—Martin Brokerage Company v. United States, protests 186406–K, etc. (El Paso).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62041.—Empacadora Trevino, S. A. v. United States, protests 234409–K, etc. (Laredo).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62042.—Brown, Alcantar & Brown, Inc., et al. v. United States, protests 241251–K, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

**No. 62043.**—L. H. Graves et al. *v.* United States, protests 253593–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 5, 1958

**No. 62044.**—M. Aronin & Sons et al. *v.* United States, protests 147812–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of lambskins the same in all material respects as those the subject of *Joseph Rotberg & Co., Inc., et al.* v. *United States* (40 Cust. Ct. 22, C. D. 1952), the claim for free entry under paragraph 1681 was sustained.

**No. 62045.**—Richter Bros., Inc. *v.* United States, protests 317479–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items marked "A" consist of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C. C. P. A. 128, C. A. D. 649), the claim at 6¼ percent under the provision in paragraph 718 (b), as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52782), for herring, prepared or preserved in any manner, packed in airtight containers weighing with their contents not over 15 pounds each, without added oil or oil and other substances, was sustained. The items marked "B," stipulated to consist of sprats in oil, packed in tins, similar to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), were held dutiable, as